ANNA T. KERN, Respondent, v. SCHENECTADY RAILWAY COMPANY, Appellant.— Judgment and order reversed on the law and facts, and new trial granted, with costs to the appellant to abide the event, on the ground that the evidence does not sustain the verdict that the road upon which the collision occurred was a public road, or that the plaintiff was free from contributory negligence. Van Kirk,

Hinman and Whitmyer, JJ., concur; Cochrane, P. J., and Davis, J., dissent and vote for affirmance.